84 A.3d 323

**C. Harper KIA, Appellant**

v.

**COMMONWEALTH of Pennsylvania; Bureau of Professional and Occupational Affairs; State Board of Vehicle Manufacturers, Dealers and Salespersons, Appellees.**

Supreme Court of Pennsylvania.

Jan. 21, 2014.

## ORDER

PER CURIAM.

AND NOW, this 21st day of January, 2014, the Order of the Commonwealth Court is hereby AFFIRMED.